**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-4101**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT DENARD POLLARD,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. James A. Beaty, Jr., District Judge. (CR-98-207)

———————

Submitted: July 27, 2005          Decided: August 1, 2005

———————

Before KING, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Louis C. Allen III, Federal Public Defender, Eric D. Placke, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Anna Mills Wagoner, United States Attorney, L. Patrick Auld, Assistant United States Attorney Deputy Chief, Criminal Division, Angela H. Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Denard Pollard appeals the district court's order revoking his supervised release and sentencing him to twenty-four months of imprisonment. Pollard claims that the sentence imposed by the district court was unreasonable. We have reviewed the record and conclude that Pollard's sentence is within the statutory maximum sentencing range, and the district court's revocation proceedings otherwise comported with due process. See 18 U.S.C. § 3583 (2000). Moreover, we conclude sentencing Pollard to the maximum term permitted by statute was not unreasonable. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED